**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DEBORAH LAUFER, Individually,**   Case No.: 1:20-cv-06521
                                    Honorable Robert W. Gettleman
       **Plaintiff,**

v.

**MORRIS HOTEL FIRM, INC. d/b/a**
**QUALITY INN MORRIS, an Illinois**
**Corporation,**

       **Defendant.**
_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, DEBORAH LAUFER, and, pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.*, hereby files this Notice of Voluntary Dismissal Without Prejudice, and states:

1. Plaintiff filed this action on November 3, 2020. DE 1.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

> (a) Voluntary Dismissal
>
> (1) By the Plaintiff
>
> (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:
>
> (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. As of the date of this filing, Defendant, MORRIS HOTEL FIRM, INC. d/b/a QUALITY INN MORRIS, has not filed an answer or a motion for summary judgment.

4. Plaintiff therefore files this Notice of Voluntary Dismissal Without Prejudice.

1

WHEREFORE Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this March 29, 2021.

Respectfully submitted,

Attorney for Plaintiff(s):

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262